UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDON STEELE,   Case No.:  8:18-CV-1075-T-36AEP

    Plaintiff,

v.

DFS SERVICES LLC,

    Defendant.
_____/

## JOINT STIPULATION TO ARBITRATE CLAIMS, STAY LAWSUIT AND ADMINISTRATIVELY CLOSE CASE

Plaintiff, Brandon Steele, and Defendant, Discover Products, Inc., improperly named as DFS Services, LLC (collectively, "Parties"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to arbitrate this matter with the American Arbitration Association, and further stipulate to the entry of the attached proposed order staying this lawsuit and administratively closing the case pending the conclusion of arbitration,

Respectfully submitted this 1st day of June, 2018.

| | |
|---|---|
| */s/Shaughn Hill*_____ | */s/ Jacqueline Simms-Petredis*_____ |
| Shaughn Hill, Esq. | Jacqueline Simms-Petredis, Esq. |
| FL Bar #0105998 | FL Bar #0906751 |
| shill@forthepeople.com | jsimms-petredis@burr.com; |
| MORGAN & MORGAN, TAMPA, P.A. | mmichelson@burr.com; dmorales@burr.com |
| One Tampa City Center | Zachary D. Miller, Esq. |
| 201 North Franklin Street, 7th Floor | FL Bar #95669 |
| Tampa, Florida 33602 | zmiller@burr.com |
| Telephone:  (813) 223-5505 | BURR & FORMAN LLP |
| | 201 North Franklin Street, Suite 3200 |
| *Attorneys for Plaintiff* | Tampa, Florida 33602 |
| | Tel: (813) 221-2626 |

Fax: (813) 357-3534
*Attorneys for Discover*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2018**,** I electronically filed the foregoing via CM/ECF, which will send a notice of electronic filing to the following:

Shaughn Hill, Esquire
MORGAN & MORGAN, TAMPA, P.A.
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
shill@forthepeople.com

*/s/ Jacqueline Simms-Petredis*
Jacqueline Simms-Petredis

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDON STEELE,  				Case No.:  8:18-CV-1075-T-36AEP

    Plaintiff,

v.

DFS SERVICES LLC,

    Defendant.
_____/

## ORDER GRANTING JOINT STIPULATION TO ARBITRATE CLAIMS, STAY LAWSUIT AND ADMINISTRATIVELY CLOSE CASE

THIS CAUSE came before the Court on the parties' Joint Stipulation to Arbitrate Claims, Stay Lawsuit and Administratively Close Case.  The Court has reviewed the Joint Stipulation and case file and is otherwise fully advised in the premises, and hereby ORDERS:

1. The Court GRANTS the Motion, compels this matter to arbitration and stays the matter pending the conclusion of arbitration.  The Clerk is directed to administratively close this matter.

DONE AND ORDERED in Tampa, Florida on _____, 2018.

_____
Hon. Charlene E. Honeywell
United States District Judge

Copies to:
Shaughn Hill, Esq. (FL Bar # 0105998)
shill@forthepeople.com

Jacqueline Simms-Petredis, Esq.
jsimms-petredis@burr.com
Zachary D. Miller, Esq.
zmiller@burr.com