UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDON STEELE,

    Plaintiff,

v.                                                                     Case No: 8:18-cv-1075-T-36AEP

DFS SERVICES, LLC,

    Defendant.
_____/

## **O R D E R**

This matter comes before the Court upon the Joint Stipulation to Arbitrate Claims, Stay Lawsuit and Administratively Close Case (Doc. 11), filed on June 1, 2018. The parties stipulate to arbitrate the claims asserted by Plaintiff Brandon Steele against Defendant DFS Services, LLC. Therefore, the parties contend that this action should be stayed pending the completion of arbitration. The Court, having considered the stipulation and being fully advised in the premises, will grant the Joint Stipulation to Arbitrate Claims, Stay Lawsuit and Administratively Close Case.

Accordingly, it is hereby

**ORDERED**:

1.    The Joint Stipulation to Arbitrate Claims, Stay Lawsuit and Administratively Close Case (Doc. 11) is **APPROVED**.

2.    The parties are ordered to arbitrate Plaintiff Brandon Steele's claims against Defendant DFS Services, LLC.

3.    This case is **STAYED** pending the arbitration of this matter.

- 2 -

    4.    The parties shall file a notice informing the Court that the arbitration has been concluded, or that their dispute has otherwise been resolved, within ten days of either of such events.

    5.    The Clerk is directed to terminate all pending motions and deadlines and administratively close this file.

    **DONE AND ORDERED** in Tampa, Florida on June 5, 2018.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record