UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDON STEELE,

  Plaintiff,                                      CASE NO.:  8:18-cv-01075-CEH-AEP

-v-

DFS SERVICES, LLC,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, BRANDON STEELE, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, BRANDON STEELE, and Defendant, DFS SERVICES, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                              */s/ Shaughn C. Hill, Esquire*
                                              SHAUGHN C. HILL, ESQUIRE
                                              Florida Bar No. 0105998
                                              MORGAN & MORGAN, TAMPA, P.A.
                                              One Tampa City Center
                                              201 N. Franklin Street, Suite 700
                                              Tampa, FL 33602
                                              Telephone:  (813) 223-5505
                                              Facsimile:  (813) 223-5402
                                              Primary Email: SHill@ForThePeople.com
                                              Secondary: KZhang@ForThePeople.com
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2ND day of July, 2018, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties of record.

*/s/ Shaughn C. Hill, Esquire*
SHAUGHN C. HILL, ESQUIRE
Florida Bar#: 105998