UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDON STEELE

   Plaintiff,                         CASE NO.:  8:18-CV-01075-CEH-AEP

-vs-

DFS SERVICES, INC.

   Defendant.

_____/

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

     **COMES NOW** the Plaintiff, Brandon Steele, and the Defendant, Discover Products Inc., incorrectly named as DFS Services, LLC a/k/a Discover Financial Services, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

     Respectfully submitted this ___17th__ day of _July,____2018_____.


/s/ Shaughn C. Hill_____
SHAUGHN C. HILL, ESQ.
Morgan & Morgan, Tampa,  P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
shill@forthepeople.com
Florida Bar#: 105998
Attorney for Plaintiff

/s/ Jacqueline A. Simms-Petredis_____
JACQUELINE A. SIMMS-PETREDIS, ESQ.
Burr & Forman LLP
201 North Franklin Street, Suite 3200
Tampa, FL 33602
Tele: (813) 221-2626
Fax: (813) 221-7335
Florida Bar #0906751
jsimms-petredis@burr.com
Attorney for Defendant