UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDON STEELE,

    Plaintiff,

v.                                                Case No: 8:18-cv-1075-T-36AEP

DFS SERVICES, LLC,

    Defendant.
_____/

## ORDER

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Doc. 15). In accord with the Joint Stipulation of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1) The Joint Stipulation of Dismissal With Prejudice is **APPROVED** (Doc. 15).

2) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on July 18, 2018.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record